NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM MANNS n/k/a JULLIAN          )
PRESTON-POWERS,                      )
                                     )
      Appellant,                    )
                                     )
v.                                   )          Case No. 2D18-2669
                                     )
FELICIA MANNS,                       )
                                     )
      Appellee.                     )
_____)

Opinion filed November 1, 2019.

Appeal from the Circuit Court for Pinellas
County; Thane B. Covert, Judge.

William Manns n/k/a Jullian Preston-
Powers, pro se.

Ernest P. Jenkins of Jenkins & Kaiser, P.A.,
for Appellee.


PER CURIAM.


      Affirmed.


SILBERMAN, BADALAMENTI, and SMITH, JJ., Concur.